**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**FREDERICK L. PITCHFORD**                                                    **PLAINTIFF**

**V.**                                   **3:03CV00374**

**JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES
POSTAL SERVICE**                                                          **DEFENDANT**

**ORDER**

Plaintiff has filed a notice of appeal to the District Court from the letter-order issued by Magistrate Judge Henry L. Jones, Jr. dated December 9, 2005. (Docket # 58). The Court has reviewed the Order of the Magistrate Judge along with the relevant pleadings and finds that the Order is well reasoned. Accordingly, Plaintiff's notice of appeal is denied. In accordance with the Order of the Magistrate Judge, Plaintiff is directed to notify the Magistrate Judge within fifteen days if he has located an attorney who is willing to represent him. Otherwise, an Order will be entered directing the Plaintiff to proceed *pro se*.

IT IS SO ORDERED this 3rd day of January, 2006.

James M. Moody
United States District Judge