IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FREDERICK L. PITCHFORD**                                                                          **PLAINTIFF**

V.                                              3:03CV00374

**JOHN E. POTTER, POSTMASTER**
**GENERAL, UNITED STATES**
**POSTAL SERVICE**                                                                                   **DEFENDANT**

### ORDER

Pending are the Defendant's motion for summary judgment (docket # 87), Plaintiff's *pro se* motion to dismiss his appointed counsel and for appointment of counsel (docket # 101) and Defendant's motion to compel, (docket # 104). This matter is currently set for trial the week of March 19, 2007.

The Court finds based upon the pleadings filed that Plaintiff's appointed counsel has adequately represented the interests of Plaintiff herein. Plaintiff's request to dismiss his appointed counsel and for appointment of counsel are denied. (Docket # 101).

The Court will remove this case from the trial docket the week of March 19, 2007 in order to consider the pending motion for summary judgment.

IT IS SO ORDERED this 27th day of February, 2007.

_____
James M. Moody
United States District Judge