IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDERICK PITCHFORD**                                                                    **PLAINTIFF**

**VS.**                     **CASE NO. 3:03CV000374**

**JOHN E. POTTER, POSTMASTER GENERAL,**
**UNITED STATES POSTAL SERVICE**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this __30__ day of March, 2007.

_____
James M. Moody
United States District Judge